IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| KENNETH LOCKAMY | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 5:08cv150 |
| CHEQUITA DUNBAR, ET AL. | § | |

<u>ORDER</u>

The Plaintiff Kenneth Lockamy filed this lawsuit complaining of alleged violations of his constitutional rights. However, Lockamy did not submit either a filing fee in the amount of $350.00 or an application for leave to proceed *in forma pauperis* which is accompanied by a data sheet certified by an officer at the institution in which he is presently confined. Lockamy did furnish an application for leave to proceed *in forma pauperis*, but supplied commissary receipt forms, which are not an acceptable substitute for a TDCJ data sheet. It is therefore

**ORDERED** that the Plaintiff Kenneth Lockamy shall have thirty days from the receipt of this order to either: (1) pay the statutory $350.00 filing fee, or (2) furnish a properly certified *in forma pauperis* data sheet, which may be obtained from an authorized officer in the law library at the institution where he is confined. He need not submit another application for leave to proceed *in forma pauperis*.

Failure to comply with this order may result in the dismissal of the lawsuit, with or without prejudice, under Rule 41(b), Fed. R. Civ. P.

**SIGNED this 17th day of October, 2008.**

/s/ Caroline M. Craven
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE